IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| Allergan Sales, LLC, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | Case No. 2:15-cv-347 |
| Sandoz, Inc., | § | |
| Defendant | § | |
| Allergan Sales, LLC, | § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:12-cv-207 |
| Sandoz, Inc., et al. | § | |
| Defendants. | § | |

## ORDER

Before the Court is Sandoz, Inc.'s Motion for Earlier Trial Date in Light of Agreed Consolidation with C.A. 2:12-cv-207 (Dkt. No. 28). Also before the Court is Allergan Sales, LLC's Opposed Motion to Enter Proposed Docket Control Order (Dkt. No. 31). The Court heard argument on both of these motions on October 5, 2015.

The Court hereby **ORDERS** that the bench trial date for the above-captioned cases be set for October 25, 2016.

1

The parties are hereby **ORDERED** to submit a proposed amended docket control order within seven (7) days from the date of this Order, including any remaining disputes regarding dates.

**So Ordered and Signed on this**

**Oct 5, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE