IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ALLERGAN SALES, LLC,<br><br>Plaintiff,<br>    v.<br><br>SANDOZ INC., ALCON LABORATORIES, INC., ALCON RESEARCH, LTD., FALCON PHARMACEUTICALS, LTD., APOTEX, INC., APOTEX CORP., AND WATSON LABORATORIES, INC.,<br><br>Defendants. | Civil Action No. 2:12-cv-207<br>**LEAD CASE** |
| AND RELATED COUNTERCLAIMS. | |
| ALLERGAN SALES, LLC,<br><br>Plaintiff,<br>v.<br><br> SANDOZ INC.,<br>Defendant. | No. 2:15cv-347 |
| AND RELATED COUNTERCLAIMS. | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Vacate Injunction and Conform Judgments to Federal Circuit Mandate. (Dkt. No. 367.) Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**. It is therefore **ORDERED** that the injunctions issued in the Court's Final Judgment (Dkt. No. 51) in Civil Action No. 2:15-cv-347 and in the Court's Final Judgment (Dkt. No. 353) in Civil Action No. 2:12-cv-207 hereby are **VACATED**.

**So ORDERED and SIGNED this 6th day of June, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE